**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Williams, III | 11-1311 RMC |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Drug Enforcement Administration, Freedom of Information Operations Unit | S&C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Drug Enforcement Administration, Freedom of Information Operations Unit

ADDRESS (Street or RFD, Apartment No, City, State and ZIP Code)
700 Army Navy Drive, Arlington, VA 22202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**RECEIVED**
**AUG 10 2011**
Clerk, U.S. District and Bankruptcy Courts

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No 16 | District to Serve No 16 | Signature of Authorized USMS Deputy or Clerk | Date 7/21/2011 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Priscilla Budeiri, General Attorney

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 8/4/11   Time 12:48 pm

Signature of U S Marshal or Deputy
Dale Thomas -#4369

| Service Fee $55 | Total Mileage Charges including endeavors $1.33 | Forwarding Fee | Total Charges $56.33 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) $0.00 |
|---|---|---|---|---|---|

REMARKS
— 8/4/11, 1 DUSM, 1 HR., 7 MILES TRAVEL DISTANCE, 11:02 HRS, EFT

**PRINT 5 COPIES:**
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80